# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARNULFO VILLEGAS,<br><br>        Petitioner,<br><br>    v.<br><br>A.K. SCRIBNER,<br><br>        Respondents.<br>_____/ | CV F 05-0868 REC DLB HC<br><br>FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 1] |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      Petitioner filed the instant petition for writ of habeas corpus on July 5, 2005.  Petitioner contends that he has been wrongfully and maliciously separated from federal prisoners as a result of fabricated allegations by federal officials and was denied due process when he was unlawfully transferred to a state facility without notice and the opportunity to be heard.

      Petitioner contends that in December 1996, he was involved in an altercation with another inmate while I was housed in Lompoc Federal Prison.  Petitioner indicates that he was convicted and sentenced to do federal time for this assault by the United States District Court for the Central District of California.  Petitioner indicates that at the sentencing phase, a presentence report indicated that he was in protective custody because he was a member of the Mexican Mafia.  It was further alleged that his life was in danger because of a failed attempt to carry out some type of assault on another inmate.  Petitioner contends that it is unclear what the allegations

1  are based on and no documentation has ever been made available to indicate the source of the
2  information or if it actually exists.  Petitioner indicates that at the conclusion of his sentencing,
3  he was remanded to federal custody to continue serving his sentence in Lompoc's control
4  segregation unit.  Then on October 16, 1999, he was transferred to the California Department of
5  Corrections.

6  Petitioner has no constitutional right to imprisonment in a particular prison, federal or
7  state.  Prison inmates do not have a constitutional right to be incarcerated at a particular
8  correctional facility or to be transferred from one facility to another.  White v. Lambert, 370 F.3d
9  1002 (9th Cir. 2004) (Habeas petitioner's challenge to the administrative decision transferring
10 him from one prison facility to another in a different state failed because a prisoner does not have
11 a constitutional right to imprisonment in a specific prison.); see also Meachum v. Fano, 427 U.S.
12 215, 224-25 (1976); Olim V. Wakinekona, 461 U.S. 238 (1983).[1]  Because Petitioner has no
13 protected interest in being housed in any particular institution, the action must be dismissed.

14 Based on the foregoing, it is HEREBY RECOMMENDED that the petition for writ of
15 habeas corpus be DISMISSED.

16 These Findings and Recommendations are submitted to the assigned United States
17 District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-
18 304 of the Local Rules of Practice for the United States District Court, Eastern District of
19 California.  Within thirty (30) days after being served with a copy, any party may file written
20 objections with the court and serve a copy on all parties.  Such a document should be captioned
21 "Objections to Magistrate Judge's Findings and Recommendations."  Replies to the objections
22 shall be served and filed within ten (10) court days (plus three days if served by mail) after
23 ///
24 ///
25 ///
26 ///
27 ─────────────
28   [1] Even if this Court construed this action as an action brought under Bivens v. Six Unknown Narcotics Agents, 403 U.S. 388 (1971), the Court would reach the same result.

1  service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to
2  28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5       IT IS SO ORDERED.
6       **Dated:   September 7, 2005**                      **/s/ Dennis L. Beck**
   3b142a                                            UNITED STATES MAGISTRATE JUDGE